IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS TATUM,

      Plaintiff,                     No. CIV S-02-2597 FCD KJM P

    vs.

T.L. ROSARIO, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed September 1, 2005 are adopted in full.

2. Defendants Pliler, Rosario, Alameida, Haythorne and Hill's September 1, 2004 motion to dismiss is partially granted and specifically that:

    A. Defendants' motion to dismiss is granted to the extent that all of plaintiff's claims are dismissed without prejudice for failure to exhaust administrative remedies, with the exceptions of plaintiff's claims that he was denied visitors by defendants Pliler, Rosario and Alameida in violation of the Due Process Clause of the Fourteenth Amendment, and that he was denied outdoor exercise in violation of the Eighth and Fourteenth Amendments, between January 4, 2002 and March 16, 2002.

    B. Defendants' motion to dismiss is denied as to the following claims:

        i. That defendants Pliler, Rosario and Alameida violated plaintiff's Eighth and Fourteenth Amendment rights by denying him outdoor exercise between January 4, 2002 and March 16, 2002.

        ii. That defendants Pliler, Rosario and Alameida violated plaintiff's Fourteenth Amendment rights by denying plaintiff's visitors between January 4, 2002 and March 16, 2002.

3. Defendants Haythorne and Hill are dismissed from this action.

4. Defendants Pliler, Rosario and Alameida are ordered to file their answer within twenty days of the date of this order.

DATED: September 29, 2005

/s/ Frank C. Damrell Jr.  
FRANK C. DAMRELL JR.  
United States District Judge