IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS TATUM,

        Plaintiff,                    No. CIV S-02-2597 FCD KJM P

   vs.

T.L. ROSARIO, et al.,

        Defendants.         <u>ORDER</u>

      /

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Defendants have not filed an objection to plaintiff's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff remaining claims against defendants Rosario, Alameida and Pliler are dismissed without prejudice; and

        2. This case is closed.

DATED: December 1, 2005

                                                        <u>/s/ Frank C. Damrell Jr.</u>
                                                        FRANK C. DAMRELL JR.
                                                        United States District Judge