IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS TATUM,

    Plaintiff,                    No. CIV S-02-2597 FCD KJM P

    vs.

T.L. ROSARIO, et al.,

    Defendants.               ORDER

_____/

          On December 1, 2005, the court granted plaintiff's request that this action be dismissed. On April 26, 2006, plaintiff filed a motion asking that exhibits A-F attached to plaintiff's opposition to defendants' motion for summary judgment be returned to plaintiff. However, a review of the court's docket reveals that there was not a motion for summary judgment filed in this case. Plaintiff's December April 26, 2006 request is therefore denied.

DATED: 10/19/06

                                                   UNITED STATES MAGISTRATE JUDGE

1
tatu2597.wit